# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN DENSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 74929

FILED

MAR 14 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge. Appellant argues that the district court erred by denying his petition. We disagree and affirm.

Appellant filed his petition on June 25, 2010, more than one year after his judgment of conviction was entered on August 26, 2008. Thus, appellant's petition was untimely filed and subject to dismissal unless he demonstrated good cause—both cause for the delay and undue prejudice. *See* NRS 34.726(1). Appellant fails to allege or demonstrate good cause sufficient to excuse the untimely filing of his petition. Accordingly, we conclude that the district did not err by denying the petition, and we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:     Hon. Kimberly A. Wanker, District Judge
        David H. Neely, III
        Attorney General/Carson City
        Nye County District Attorney
        Nye County Clerk

19-11504